**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 434 MAL 2023

             Respondent            :

                            :   Petition for Allowance of Appeal
                            :   from the Order of the Superior Court

               v.                 :

                            :

PABLO COTTO-MARTINEZ,       :

             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.